**Order entered June 18, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01060-CR

### STEFON JOE BRANTLEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F-1257441-L**

## ORDER

On the Court's own motion, we **REINSTATE** this appeal.

/Ada Brown/
ADA BROWN
JUSTICE